| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:95CR00538MV-17 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | New Mexico | |
| | NAME OF SENTENCING JUDGE | |
| Jason De La Torre | Martha Vazquez, Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/22/2020 | TO 10/21/2025 |

**OFFENSE**

RICO, 18 U.S.C 1962(c) and 1963(a), Aiding & Abetting, 18 U.S.C 2; 18 U.S.C § 1961

Conspiracy to Violate 21 U.S.C. 841(b)(1)(B), Aiding & Abetting, 18 U.S.C. 2; 21 U.S.C. § 846

Firearms Murder During and In Relation to Drug Trafficking Crime, Aiding & Abetting, 18 U.S.C. 2; 18U.S.C. § 924(i)2(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ New Mexico _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

_September 28, 2023_
Date

_/s/ M. Vazquez_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Central _____ DISTRICT OF _____ California _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_                                      _United States District Judge_