

| | | |
|---|---|---|
| **Kiry K. Gray**<br>District Court Executive / Clerk of Court<br>350 West 1st Street, Suite 4311<br>Los Angeles, CA 90012 | **United States District Court**<br>Central District of California<br>**Office of the Clerk** | **Natasha Alexander-Mingo**<br>Chief Probation & Pretrial Services Officer<br>255 East Temple Street, Suite 1410<br>Los Angeles, CA 90012<br><br>**Cristina M. Squieri Bullock**<br>Chief Deputy of Administration<br>350 West 1st Street, Suite 4311<br>Los Angeles, CA 90012<br><br>**Maya Roy**<br>Chief Deputy of Operations<br>255 East Temple Street, Suite TS-134<br>Los Angeles, CA 90012 |

November 03, 2023

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 13 2023

MITCHELL R. ELFERS
CLERK

Clerk, United States District Court

    District of    New Mexico

Pete V. Domenici U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Re:    Transfer of Jurisdiction of Probation

        Your Case No.  1:95CR00538MV-17

        Assigned Our Case No.  CR 23-530 DMG

        Case Title:  USA v. Jason De La Torre

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge PHILIP S. GUTIERREZ.

    Please forward to this district copies of the following documents:
    1)    Indictment, Information, or Complaint
    2)    Judgment and Probationary Order
    3)    If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

    The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

                Sincerely,

                Clerk, U.S. District Court

                By  G. Kami    grace_kami@cacd.uscourts.gov
                    Deputy Clerk

cc:    Probation Office, Central District of California
        Probation Office, District of Origin

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | FILED CLERK, U.S. DISTRICT COURT 11/2/2023 CENTRAL DISTRICT OF CALIFORNIA BY: JD DEPUTY | 1:95CR00538MV-17 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) 2:23-cr-00530-DMG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jason De La Torre | New Mexico | |
| | NAME OF SENTENCING JUDGE | |
| | Martha Vazquez, Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/22/2020 | TO 10/21/2025 |

**OFFENSE**

RICO, 18 U.S.C 1962(c) and 1963(a), Aiding & Abetting, 18 U.S.C 2; 18 U.S.C § 1961

Conspiracy to Violate 21 U.S.C. 841(b)(1)(B), Aiding & Abetting, 18 U.S.C. 2; 21 U.S.C. § 846

Firearms Murder During and In Relation to Drug Trafficking Crime, Aiding & Abetting, 18 U.S.C. 2; 18 U.S.C. § 924(i)2(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___New Mexico___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

_September 28, 2023_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 1, 2023
Effective Date

_[signature]_
United States District Judge

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
11/07/2023
US POSTAGE

Clerk, United States District Court
District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

RECEIV
UNITED STATES DIS
ALBUQUERQUE, N

NOV 13

MITCHELL R.
CLER